UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-C-0875 ) |
| SCHNEIDER NATIONAL CARRIERS, INC., improperly named as SCHNEIDER NATIONAL, INC., | ) ) ) |
| Defendant. | ) |

---

**ORDER**

---

The stipulation by Defendant Schneider National Carriers, Inc. and Plaintiff Equal Employment Opportunity Commission extending until and including January 20, 2006, the deadline for dispositive pretrial motions, and making responses to dispositive pretrial motions due February 17, 2006, and replies to responses to dispositive pretrial motions due March 10, 2006 is GRANTED.

IT IS SO ORDERED.

Dated this 10th day of January, 2006

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge - WIED