UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04-C-0875 |
| v. | ) ) |
| SCHNEIDER NATIONAL, INC., | ) **PLAINTIFF'S MOTION FOR** ) **SUMMARY JUDGMENT** |
| Defendant. | ) ) |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Equal Employment Opportunity Commission moves this Court for summary judgment on its claims against defendant Schneider National, Inc. Grounds for this motion are stated in the accompanying "Memorandum in Support of Plaintiff's Motion for Summary Judgment," "Proposed Findings of Fact in Support of Plaintiff's Motion for Summary Judgment," "Declaration of Jerome T. Hoefner," and "Declaration of Dennis R. McBride in Support of Plaintiff's Motion for Summary Judgment."

Respectfully submitted this 20th day of January, 2006.

> s/ Dennis R. McBride
> Dennis R. McBride (Wisconsin Bar No. 1000430)
> Senior Trial Attorney
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> Milwaukee Area Office
> 310 West Wisconsin Avenue - Suite 800
> Milwaukee, WI  53203-2292
> *Telephone*:  (414) 297-4188   *Fax*:  (414) 297-3146
> *E-mail*:     dennis.mcbride@eeoc.gov