# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                               )
           Plaintiff, )
                               )    Civil Action No.  04-C-0875
       v. )
                               )    Judge Griesbach
SCHNEIDER NATIONAL, INC., )
                               )
         Defendant. )

## DEFENDANT SCHNEIDER'S MOTION
## FOR SUMMARY JUDGMENT ON LIABILITY

Defendant Schneider National, Inc., pursuant to Federal Rule of Civil Procedure 56 hereby submits its motion for summary judgment.  For the reasons set forth in its contemporaneously filed Memorandum in Support of Schneider's Motion for Summary Judgment on Liability,  the Court should grant judgment in favor of defendant and against plaintiff on liability.

WHEREFORE, defendant respectfully requests that the Court enter an order granting Schneider National, Inc.'s motion for summary judgment on plaintiff's claims, and that dismissing this lawsuit in its entirety, with prejudice.

**DATED: January 20, 2006**          Respectfully submitted,

                                                Seyfarth Shaw LLP

                                                By_____/s Alison B. Willard_____
                                                      One of Its Attorneys

Mark Casciari
James L. Curtis
Alison B. Willard
Seyfarth Shaw LLP

55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing ***Defendant Schneider's Motion For Summary Judgment on Liability*** with the Clerk of the Court using the ECF system.

s/_____Alison B. Willard_____
Attorney for Schneider National Carriers, Inc.
Seyfarth Shaw, LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
Ph:  (312) 346-8000
Fax:  (312) 269-8869
abwillard@seyfarth.com